NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DOCUMENT SECURITY SYSTEMS, INC.,**
*Appellant*

**v.**

**SEOUL SEMICONDUCTOR CO., LTD., SEOUL SEMICONDUCTOR, INC.,**
*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2019-2430

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00522.

———————————

**ON MOTION**

———————————

**O R D E R**

2 DOCUMENT SECURITY SYSTEMS, INC. v. SEOUL SEMICONDUCTOR
CO., LTD.

Upon consideration of Document Security Systems, Inc.'s unopposed motion to dismiss this appeal pursuant to Rule 42 of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is withdrawn.

(2)  The parties shall bear their own costs.

FOR THE COURT

July 19, 2022                              /s/ Peter R. Marksteiner
      Date                                 Peter R. Marksteiner
                                           Clerk of Court


ISSUED AS A MANDATE:  July 19, 2022